**Order entered November 10, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-01289-CV

**TEMPLE OF THE SUPREME MOTHER GODDESS MAHADEVI SHAKIT OF AMERICA, CORPORATION, Appellant**

**V.**

**WELLS FARGO BANK N.A. TEXAS, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04934**

## ORDER

This appeal, from the trial court's order of dismissal for want of prosecution, was filed by Guru Marshall Jackson, Jr. as attorney-in-fact for Temple of the Supreme Court Goddess Mahadevi Shakit of America, Corporation. Mr. Jackson has also filed, on his own behalf, a motion to proceed informa pauperis. Because Mr. Jackson is not a party to this appeal, we **DENY** the motion. *See* TEX. R. APP. P. 20.1. Further, because a corporation may generally be represented only by a licensed attorney and Mr. Jackson is not a licensed attorney, we **ORDER** the Temple to notify the Court, within thirty days of the date of this order, of the name, state bar number, mailing and email addresses, and telephone number of counsel. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996). We caution the Temple that

failure to obtain counsel and timely provide the required information will result in dismissal of the appeal without further notice.

/s/    CRAIG STODDART
        JUSTICE